**Blanca REYES, Petitioner,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 05–75537.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 13, 2007.*

Filed Nov. 21, 2007.

Teresa Salazar, Law Offices of Martin Resendez Guajardo a Professional Corporation, San Francisco, CA, for Petitioner.

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Paul F. Stone, U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**232**

Before: TROTT, W. FLETCHER, and CALLAHAN, Circuit Judges.

MEMORANDUM [**]

Blanca Reyes, native and citizen of Mexico, petitions for review of a decision of the Board of Immigration Appeals' (BIA), affirming, without opinion, the decision of the Immigration Judge (IJ) finding her removable and denying her motion to terminate removal proceedings. Reyes contends that she was erroneously placed in removal proceedings on the basis of information contained in her ex-husband's application for asylum. We lack jurisdiction to review the agency's decision to commence proceedings. *See* 8 U.S.C. § 1252(g) ("no court shall have jurisdiction to hear any cause or claim by or on behalf of any alien arising from the decision or action by the Attorney General to commence proceedings, adjudicate cases, or execute removal orders against any alien under this chapter").

**DISMISSED.**

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

[*] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).